THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW

App. Div.]  First Department, March, 1920.

YORK, Respondent, v. LEWIS NIXON, Constituting the Public Service Commission of the State of New York for the First District, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.